234 So.2d 193

**Mr. & Mrs. Anthony ESCHETE**

**v.**

**The CITY OF NEW ORLEANS and The Sewerage & Water Board.**

**No. 50482.**

May 4, 1970.

In re: Mr. and Mrs. Anthony Eschete applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 231 So.2d 725.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.